UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRITTANY WALKER,

     Plaintiff,

   v.

EXPERIAN INFORMATION SOLUTIONS LLC,

     Defendant.

Case No. 2:26-cv-02053-MMD-EJY

**ORDER**

Pending before the Court is Plaintiff's Complaint filed on July 7, 2026.  ECF No. 1-1.  Plaintiff did not pay the $405 filing fee required to commence a civil action; nor did she file an application to proceed *in forma pauperis*, which she must do under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if she wishes to proceed without paying the required filing fee.  In the absence of Plaintiff's payment of the filing fee or an application to proceed *in forma pauperis* that is granted, the Court will not consider Plaintiff's Complaint.

Accordingly, IT IS HEREBY ORDERED that no later than **August 7, 2026**, Plaintiff **must** pay the $405 filing fee to commence a civil action or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 9th day of July 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1